# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN FELDER,<br><br>    Plaintiff,<br><br>v.<br><br>FLAGSTAR BANCORP, INC, et al.,<br><br>    Defendants. | Case No. 2:21-cv-01164-RFB-NJK<br><br>**Order**<br><br>[Docket No. 13] |

Pending before the Court is the parties' joint motion for an extension of time for Defendant Equifax Information LLC to answer the complaint in this matter. Docket No. 13. "A request [for an extension] made after the expiration of the specified period will not be granted unless the movant or attorney demonstrates that the failure to file the motion before the deadline expired was the result of excusable neglect." Local Rule IA 6-1(a). The pending motion fails to comply with the Court's Local Rule. Accordingly, the motion to extend time is **DENIED** without prejudice.

IT IS SO ORDERED.

Dated: August 20, 2021

                                                       Nancy J. Koppe
                                                      United States Magistrate Judge