```
1  JEREMY J. THOMPSON
   Nevada Bar No. 12503
2  CLARK HILL PLLC
   3800 Howard Hughes Drive, Suite 500
3  Las Vegas, Nevada  89169
   E-mail: jthompson@clarkhill.com
4  Telephone:  (702) 862-8300
   Facsimile:  (702) 862-8400
5  Attorney for Defendant
   Equifax Information Services LLC
6
```

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KEVIN FELDER, an individual, | Case No. 2:21-cv-01164-RFB-NJK |
| Plaintiff, | |
| vs. | **AMENDED JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** |
| FLAGSTAR BANCORP, INC., a foreign corporation; EQUIFAX INFORMATION SERVICES LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company, | **FIRST REQUEST** |
| Defendants. | |

This request was previously filed on August 19, 2021.  ECF No. 13.  However, due to a scrivener's error the wrong due date for Equifax's complaint was identified as August 16, 2021, which resulted in this Court denying the parties' joint motion.  ECF No. 17.  The actual deadline for Equifax's complaint is August 20, 2021.  *See* ECF NO. 5 (Equifax answer due on 8/20/2021).

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition.  Accordingly, pursuant to LR IA 6-1, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from August 20, 2021 through and

including **September 20, 2021**.  The request was made by Equifax so that it can have an opportunity to collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff approves.  This stipulation is filed in good faith and not intended to cause delay.

      Respectfully submitted, this 20th day of August, 2021.

| CLARK HILL PLLC | <u>*No opposition*</u> |
|---|---|
| By:  /s/Jeremy J. Thompson<br>Jeremy J. Thompson<br>Nevada Bar No. 12503<br>3800 Howard Hughes Pkwy, Suite 500<br>Las Vegas, NV 89169<br>Tel: (702) 862-8300<br>Fax: (702) 862-8400<br>Email: jthompson@clarkhill.com<br><br>*Attorney for Defendant Equifax Information Services LLC* | /s/Kevin L. Hernandez<br>Kevin L. Hernandez<br>Nevada Bar No. 12594<br>LAW OFFICE OF KEVIN L. HERNANDEZ<br>8872 S. Eastern Avenue<br>Las Vegas, NV 89123<br>Phone: (702) 563-4450<br>Fax: (702) 552-0408<br>Email: kevin@kevinhernandezlaw.com<br><br>*Attorneys for Plaintiff* |

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: August 23, 2021

- 2 -