# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN FELDER,<br><br>         Plaintiff,<br><br>v.<br><br>FLAGSTAR BANCORP, INC., et al.,<br><br>         Defendants. | Case No.: 2:21-cv-01164-RFB-NJK<br><br>**Order** |

Each non-governmental party is required to file a certificate of interested parties concurrently with its first appearance in a case. Fed. R. Civ. P. 7.1(b)(1); Local Rule 7.1-1(c). Defendant Equifax Information Services, LLC failed to file a certificate of interested parties. Accordingly, Defendant must file a certificate of interested parties no later than September 20, 2021.

IT IS SO ORDERED.

Dated: September 17, 2021.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE