WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Jory C. Garabedian, Esq.
Nevada Bar No. 10352
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
jgarabedian@wrightlegal.net
*Attorney for Defendant, Flagstar Bank, FSB erroneously sued herein as Flagstar Bancorp, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KEVIN FELDER, an individual, | Case No.: 2:21-cv-01164-RFB-NJK |
| Plaintiff; | |
| v. | |
| FLAGSTAR BANCORP, INC., a foreign corporation; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company, | **STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT FLAGSTAR BANCORP, INC.** |
| Defendant. | |

## STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT FLAGSTAR BANCORP, INC.

Defendant Flagstar Bank, FSB, erroneously sued herein as Flagstar Bancorp, Inc. ("Flagstar"), and Plaintiff Kevin Felder ("Plaintiff"), by and through their respective undersigned attorneys of record, hereby stipulate and agree that their settlement has been finalized and that Flagstar is hereby dismissed with prejudice, and with each party to bear their own attorney's fees and costs of suit.

**IT IS SO STIPULATED AND AGREED.**

DATED 24th day of September, 2021              DATED this 24th day of September, 2021

WRIGHT, FINLAY & ZAK, LLP                     LAW OFFICE OF KEVIN L. HERNANDEZ

*/s/ Jory C. Garabedian*                       */s/ Kevin L. Hernandez*
Jory C. Garabedian, Esq.                       Kevin L. Hernandez, Esq.
Nevada Bar No. 10352                           Nevada Bar No. 12594
7785 W. Sahara Ave., Suite 200                 8920 W. Tropicana Avenue, Suite 101
Las Vegas, NV 89117                            Las Vegas, NV 89147
*Attorney for Defendant, Flagstar Bank, FSB    Attorney for Plaintiff, Kevin Felder*
*erroneously sued herein as Flagstar Bancorp, Inc.*

**IT IS SO ORDERED.**

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 27th day of September, 2021.

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and Electronic Filing Procedure IV(B), I certify that on the 22nd day of July, 2021, a true and correct copy of this **ANSWER TO COMPLAINT** was served on the parties/attorney(s) associated with this case.

/s/ Tonya Sessions
An Employee of WRIGHT, FINLAY & ZAK, LLP